Daniel G. Shay (SBN 250548)
DanielShay@TCPAFDCPA.com
**LAW OFFICE OF DANIEL G. SHAY**
409 Camino Del Rio South, Suite 101B
San Diego, CA 92108
Telephone: (619) 222-7429
Facsimile: (866) 431-3292

*Attorney for Plaintiff*
*Gerry Tolentino*

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERRY TOLENTINO,                    ) | Case No.: |
|                                     ) | 3:14-cv-00748-LAB-JLB |
|     Plaintiff,  ) | |
|                                     ) | **NOTICE OF SETTLEMENT** |
|                                     ) | |
| vs.                                 ) | Magistrate Judge: Jill L. Burkhardt |
|                                     ) | Trial Date:          None |
|                                     ) | |
|                                     ) | |
| PROFESSIONAL RECOVERY               ) | |
| SERVICES, INC.,                     ) | |
|                                     ) | |
|     Defendant.  ) | |
|                                     ) | |
|                                     ) | |

TO THE COURT AND ALL PARTIES BY AND THROUGH THEIR COUNSEL OF RECORD:

Please be advised that the entire case has been settled.  A Notice of Voluntary Dismissal will be filed within 45 (forty-five) days of this filing.


Respectfully submitted,


Date: May 27, 2014                    LAW OFFICE OF DANIEL G. SHAY

                                      By:  /s/ Daniel G. Shay
                                      Daniel G. Shay, Esq.
                                      409 Camino Del Rio South, Suite 101B
                                      San Diego, CA  92108
                                      Telephone: (619) 222-7429
                                      Facsimile:  (866) 431-3292

                                      *Attorney for Plaintiff*
                                      *Gerry Tolentino*

Notice of Settlement