Daniel G. Shay, Esq. (SBN 250548)
DanielShay@TCPAFDCPA.com
**LAW OFFICE OF DANIEL G. SHAY**
409 Camino Del Rio South, Suite 101B
San Diego, CA  92108
Telephone: (619) 222-7429
Facsimile:  (866) 431-3292

*Attorney for Plaintiff*
*Gerry Tolentino*

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERRY TOLENTINO,<br><br>  Plaintiff,<br><br>vs.<br><br><br>PROFESSIONAL RECOVERY SERVICES, INC.,<br><br>  Defendant. | CASE NO.<br>3:14-cv-00748-BAS-JLB<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

1

**Notice of Voluntary Dismissal**

Pursuant to Fed. R. Civ. P. 41, Plaintiff hereby moves for dismissal with prejudice of the above entitled and numbered action.

Respectfully submitted,

Date:  June 18, 2014     LAW OFFICE OF DANIEL G. SHAY

By:  /s/ Daniel G. Shay
Daniel G. Shay
409 Camino Del Rio South, Suite 101B
San Diego, CA  92108
Telephone: (619) 222-7429
Facsimile:  (866) 431-3292

*Attorney for Plaintiff
Gerry Tolentino*